AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

**FILED**

**June 8, 2021**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

## UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Brannen Sage Mehaffey
*Defendant*

Case No.  CR-20-00626-001-PHX-DWL

**SEALED**   **1:21-MJ-481-ML**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*  Brannen Sage Mehaffey

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Pretrial Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3142: Violation of Pretrial Release

Date: June 1, 2021

*Issuing officer's signature*

City and state: Phoenix, Arizona

ISSUED ON 1:39 pm, Jun 01, 2021
s/ Debra D. Lucas, Clerk

Michelle Sanders, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

cc:  PTS

# United States District Court
## for
## District of Arizona

FILED ___ LODGED
RECEIVED ___ COPY

JUN 0 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

U. S. A. vs. Brannen Sage Mehaffey
Docket No. 2:20-CR-00626-DWL-1
AUSA: Gary Michael Restaino
Defense Attorney: Arnold Augur Spencer

**1:21-MJ-481-ML**

T-

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **REBECCA I. TIECHE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Brannen Sage Mehaffey, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 21st day of October, 2020, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1. **Defendant must not violate Federal, state, or local law while on release.**

   On May 29, 2021 the defendant was arrested by Travis County Sheriff Office in Texas and charged with Driving While Intoxicated.

2. **Defendant shall not use alcohol at all.**

   At the time of the afore-mentioned arrest, the defendant admitted to consuming two alcoholic beverages prior to operating a motor vehicle.

cc: PTS

Page 2
RE: Brannen Sage Mehaffey
June 1, 2021

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_Rebecca Tieche_  
Rebecca I. Tieche  
U.S. Pretrial Services Officer

June 1, 2021  
**Date**

**Reviewed by**

_Gilbert Lara_  
Gilbert Lara  
Supervisory U.S. Pretrial Services Officer

June 1, 2021  
**Date**

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 1 day of June, 2021, and ordered filed and made a part of the records in the above case.

_Deborah M Fine_  
The Honorable DEBORAH M FINE  
**U.S. Magistrate Judge**